# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**UNITED STATES OF AMERICA,**

       V.                                    CASE NUMBER: **06-C-1037**
                                                                  **(05-Cr-21)**

**OTIS T. WHITE**,

                Movant.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Otis T. White's petition pursuant to Title 28, United States Code, Section 2255, is DENIED. This action is hereby DISMISSED.**

    **October 26, 2007**                                                    **JON W. SANFILIPPO**
Date                                                                                   Clerk

                                                                                    s/ Linda M. Zik
                                                                                   (By) Deputy Clerk